485 A.2d 391

In the ESTATE OF Arthur STEWART, Deceased.

Emma MARTIN, James Martin, Joseph Martin, David Engle, Everett A. Keene, Ray Engle, and Walter Tood, Jr., Appellants

v.

Eva S. HIBBERT.

Supreme Court of Pennsylvania.

Argued Dec. 3, 1984.

Decided Dec. 14, 1984.

Melvin E. Newcomer, Lancaster, for appellants.

James W. Appel, Lancaster, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDER-MOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Order, 325 Pa.Super. 545, 473 A.2d 572, affirmed.

HUTCHINSON, J., dissents.